

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2018

No. 04-17-00815-CR

Issac **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8370B
The Honorable Joey Contreras, Judge Presiding

# O R D E R

The trial court appointed Julie Pollock to represent appellant in this appeal. On March 1, 2018, appellant filed a motion to substitute Dayna Jones, who has been retained to represent appellant, as appellant's attorney of record, and to remove Ms. Pollock as appellant's attorney of record. The motion is GRANTED.

IT IS ORDERED that Ms. Pollock is no longer appellant's attorney of record in this appeal, and retained counsel, Ms. Jones, is appellant's attorney of record in this appeal.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court